1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. SCOTT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN HIXON,<br><br>　　　　　Respondent. | No.  2:25-cv-3324 CKD P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed what appears to be an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The application attacks a conviction issued by the San Mateo County Superior Court.  While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Mateo County.  <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

/////
/////
/////
/////
/////

1

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

Dated: November 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
scot3324.108